Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 12 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO VALENCIA, <br><br> Defendant. | **1:22-CR-2073-SAB-1** <br><br> INDICTMENT <br><br> Vio: 18 U.S.C. § 1951(a), <br> Robbery Affecting Commerce <br> (Count 1) <br><br> 18 U.S.C. § 924(c)(1)(A)(ii) <br> Brandishing a Firearm During <br> and in Relation to a Crime of <br> Violence <br> (Count 2) <br><br> 18 U.S.C. § 981, 18 U.S.C. <br> § 924, 28 U.S.C. § 2861 <br> Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about November 18, 2020, in the Eastern District of Washington, the Defendant, EDUARDO VALENCIA, did unlawfully obstruct, delay, and affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the Defendant, EDUARDO VALENCIA, did knowingly

INDICTMENT – 1

and willfully take and obtain personal property, to wit: U.S. Currency, belonging to La Milpa Market, from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of La Milpa Market, a business that was engaged in and that affects interstate and foreign commerce, all in violation of 18 U.S.C. § 1951(a).

## COUNT 2

On or about November 18, 2020, in the Eastern District of Washington, the Defendant, EDUARDO VALENCIA, did knowingly brandish, carry and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Robbery Affecting Commerce, as alleged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 1951(a), as set forth in Count 1 of this Indictment, the Defendant, EDUARDO VALENCIA, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

INDICTMENT – 2

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1951(a), as set forth in Count 1 of this Indictment; and/ or upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(iii), as set forth in Count 2 of this Indictment, the Defendant, EDUARDO VALENCIA, shall forfeit to the United States, any firearms and ammunition involved in the commission of the offense.

DATED this 12ᵗʰ day of July 2022.



_____
Vanessa R. Waldref
United States Attorney

_____
Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 3